**Placido GARMA v. UNITED STATES.**
**Melecio COSTALES v. UNITED STATES.**
**Arnesto QUEVEDO v. UNITED STATES.**
**Faustino GREGORIO v. UNITED STATES.**

**Nos. 8995–8998.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 3, 1938.

I. M. Stainback, U. S. Atty., of Honolulu, T. H., and Frank J. Hennessy, U. S. Atty., and Robert B. McMillan, Asst. U. S. Atty., both of San Francisco, Cal.

No appearances for appellants.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellee, and good cause therefor appearing, ordered appeal in each of above causes dismissed for failure of appellant to file record and docket cause; that a judgment of dismissal be filed and entered in each cause, and that the mandate of this court issue forthwith.